Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIA ELBANA,<br><br>           Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No.<br><br>**COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL**<br><br>Santa Clara County Superior Court Case No. 25CV479577<br><br>**[DIVERSITY JURISDICTION]**<br><br>Complaint filed: 11/7/2025<br>Trial date: Unassigned |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF:

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION hereby removes the matter *Samia Elbana v. Costco Wholesale Corporation, and DOES 1 to 100, inclusive*, from the Superior Court of California, County of Santa Clara, Case No. 25CV479577 to the United States District Court for the Northern District of California, under 28 U.S.C. §§ 1441(a), 1446(b)(1) and 1446(b)(3). Copies of the pleadings and other papers served on the removing defendants in the above-described action are attached to this Notice of Removal as required by 28 U.S.C. § 1446. (See Exhibits **A, B, C, D** and **E**.)

///

1

*COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

## I.    STATEMENT OF JURISDICTION

1.    As the appended record demonstrates, the action pending in the state court is a civil matter with the original diversity jurisdiction of the federal district courts under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the litigants, and the amount in controversy exceeds $75,000.00.

2.    Based on information and belief Plaintiff, SAMIA ELBANA (hereinafter "Plaintiff", was a California citizen and resident of California on December 2, 2023, the date of the alleged incident; Plaintiff was a citizen and resident of California when she filed the Complaint on November 7, 2025; and based upon information and belief, Plaintiff was a California citizen and resident California at the time of filing of this Notice of Removal. (*See* Plaintiff's Responses to Form Interrogatories, attached hereto as **Exhibit A.**)

3.    Defendant Costco Wholesale Corporation (hereinafter, " Defendant Costco") was on December 2, 2023, the date of the subject incident alleged by Plaintiff, and on November 7, 2025, the filing date of Plaintiff's Complaint, a Washington Corporation with its principal place of business in Issaquah, Washington. At the time of filing this Notice of Removal, Defendant Costco is a Washington Corporation with its principal place of business in Issaquah, Washington. (*See* Declaration of Matthew C. Jaime, attached as **Exhibit B, Exhibit 1** thereto.)

4.    Plaintiff claims to have suffered general damages and special damages. (*See* Complaint as **Exhibit C.**)

5.    On March 23, 2026, Plaintiff served Responses to Special Interrogatories, Set One, in which she contends that she has suffered damages in excess of $75,000 as a result of the alleged incident at Defendant Costco. (*See* Response to Special Interrogatories, Set One, attached as **Exhibit D.**)

6.    Thus, because this action involves citizens of different states and the amount in controversy exceeds $75,000, diversity jurisdiction exists.

## II.    VENUE

7.    This action was filed in the Superior Court of California for the County of Santa Clara. Venue properly lies with the United States District Court for the Northern District of

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

California as the district and division embracing the geographic location where the action is pending. (*See* 28 U.S.C. §§ 84(b), 1441(a).) Defendant Costco is a Washinton State corporation doing business in the County of Santa Clara. The alleged acts and events Plaintiff complains of occurred in this judicial district. (28 U.S.C. § 1391(a).)

## III.   INTRADISTRICT ASSIGNMENT

8.   Assignment to the United States District Court for the Northern District in California sitting in San Jose is proper under 28 U.S.C. §§ 1331 and 1441(a) and Northern District of California Local Rule 3-2 because the state court action was filed and is pending in the County of Santa Clara and Plaintiff is a citizen of California and the alleged acts and events Plaintiff complain of occurred in Santa Clara County.

## IV.   PLEADINGS, PROCESS, AND ORDERS

9.   On November 7, 2025, Plaintiff filed a Complaint in Santa Clara County Superior Court asserting causes of action for general negligence and premises liability against Defendant Costco. (*See* Complaint, attached as **Exhibit C**.)

10.   On March 9, 2026, Defendant Costco filed an Answer to the Complaint in Santa Clara Superior Court. (*See* Defendant Costco's Answer to Complaint attached as **Exhibit E**.)

11.   On March 23, 2026, Plaintiff served Responses to Special Interrogatories, Set One, in which she contends that she has suffered damages in excess of $75,000 as a result of the alleged incident at Defendant Costco. (*See* Response to Special Interrogatories, Set One, attached as **Exhibit D**.)

## V.   DIVERSITY OF CITIZENSHIP

12.   A corporation is a citizen of its state of incorporation and the state in which its principal place of business is located. (28 U.S.C. § 1332(c)(1); *Hertz v. Friend*, U.S. 77, 80 (2010).) A corporation's principal place of business is ". . . the place where a corporation's officers direct, control, and coordinate the corporation's activities. It is the place that Courts of Appeal have called the corporation's 'nerve center.'" (*Id.* at pp. 92-93.) A corporation's "nerve center" is usually its headquarters. (*Ibid.*)

///

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

13. Defendant Costco was on December 2, 2023, the date of the subject incident alleged in Plaintiff's Complaint, and on November 7, 2025, the filing date of Plaintiff's Complaint, a Washington Corporation with its principal place of business in Issaquah, Washington, and is the only Defendant that has been served with summons and complaint in this action. (*See* Declaration of Matthew C. Jaime, **Exhibit B** hereto.)

14. Defendant Costco could not ascertain from the face of the Complaint that Plaintiff was a California citizen. (*See* Complaint attached as **Exhibit C**.)

15. On March 23, 2026, Plaintiff served Responses to Form Interrogatories, Set One, from which Defendant Costco could ascertain Plaintiff was a citizen of California. (*See* Plaintiff's Responses to Form Interrogatories, Response to Interrogatory 2.5, attached hereto as **Exhibit A**.)

16. On March 23, 2026, Plaintiff served Responses to Special Interrogatories, Set One, in which she contends that she has suffered damages in excess of $75,000 as a result of the alleged incident at Defendant Costco. (*See* Response to Special Interrogatories, Set One, attached as **Exhibit D**.)

17. Thus, complete diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332(a)(1) because Plaintiff is a California citizen and Defendant Costco is a citizen of Washington.

18. Further, the amount in controversy requirement is satisfied whereas Plaintiff contends she suffered damages in excess of $75,000.

19. Therefore, with complete diversity of citizenship between opposing parties, and the required amount in controversy exceeded, this matter is removable.

**VI.    TIMELINESS OF REMOVAL**

20. A case is removable on diversity grounds if the case stated by the initial pleading is not removable, but through service of other papers it is first ascertained that the case is one which is or has become removable. (28 U.S.C. §§ 1332(a),) 1446(b)(3).))

19. On January 8, 2026, the Complaint was served on Defendant Costco. (*See* Complaint, attached as **Exhibit C**.) The Complaint did not disclose Plaintiff's California citizenship, thus Defendant was unable to ascertain diversity whether existed.

4

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

20. On March 23, 2026, Defendant Costco received Plaintiffs' Responses to Form Interrogatories, Set One, thus disclosing Plaintiff's California citizenship. Defendant Costco was then able to ascertain diversity existed. (*See* Plaintiff's Responses to Form Interrogatories, No. 2.5.) The Responses to Form Interrogatories constitute "other paper" as that term is used 28 U.S.C. 1446 (b)(3).

21. On March 23, 2026, Defendant Costco received Plaintiffs' Responses to Special Interrogatories, Set One that confirmed Plaintiff alleges an amount in controversy in excess of $75,000. (*See* Plaintiff's Responses to Special Interrogatories, Response No. 16.) The Responses to Special Interrogatories constitute "other paper" as that term is used 28 U.S.C. 1446 (b)(3). Under Fed. R. Civ. P. 6(a)(1)(C), Defendant Costco has until April 22, 2026, to remove the state court matter to federal court.

22. Defendant Costco removed the matter from state to federal court on April 17, 2026.

23. Therefore, Defendant Costco has timely removed this action to the United States District Court for the Northern District of California.

## VII. NOTICE TO PLAINTIFF AND TO STATE COURT

24. Written notice of this filing will be provided to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the Santa Clara County Superior Court.

## VIII. CONCLUSION

25. For the foregoing reasons, Defendant COSTCO WHOLESALE CORPORATION removes this action to the United States District Court for the Northern District of California.

Dated: April 17, 2026

MATHENY SEARS LINKERT & JAIME LLP

By: _____
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

5

# EXHIBIT A

Jessie Serna
1585 The Alameda, Suite 100
San Jose, CA 95126
Telephone (408) 294-9002
Facsimile (408) 294-5827

Attorney for Plaintiff(s):
SAMIA ELBANA

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SANTA CLARA

SAMIA ELBANA,

          PLAINTIFF,

VS

COSTCO WHOLESALE CORPORATION,
AND DOES 1 THROUGH 100, INCLUSIVE.

          DEFENDANTS.

CASE NO: 25CV479577

**PLAINTIFF'S ANSWERS TO FORM INTERROGATORIES**

ASKING PARTY: COSTCO WHOLESALE CORPORATION

ANSWERING PARTY: PLAINTIFF SAMIA ELBANA

SET NO.: ONE

1.1

Fady Salem (Plaintiff Elbana's son)

505 S. Sunnyvale Avenue

Sunnyvale, CA 94086

2.1

(A) Samia Elsayed Elbana

(B) Samia Elbana

(C) All my life

1

2.2

Date of Birth: 10/13/1953

Place of Birth: Portsaid, Egypt

2.3

(A) California Driver's License

(B) License No: D4444183

(C) Date of Issuance: 08/24/2021

(D) Restrictions: None

2.4

No

2.5

(A) 505 S Sunnyvale Avenue, Sunnyvale, CA 94086 (25 years of residence)

2.6

Not currently working due to this accident.

2.7

(A) El Salah American School , Tanta, Egypt

(B) 1968, 1969, 1970

(C) 10th, 11th, 12th grade

(D) High School Diploma

(A) Alazhar University, Cairo, Egypt

(B) 1977

(C) Masters

(D) Masters Degree in Philosophy

///

2

2.8

No

2.9

No. Fluent in Arabic (Egyptian dialect)

2.10

No. Fluent in Arabic (Egyptian dialect)

2.11

No

2.12

No

2.13

No

4.1

(A) Health Care Insurance

(B) Kaiser Foundation Health Plan, Inc. – 710 Lawrence Expy, Santa Clara, CA 95051

(Medicare)

(C) Plaintiff Samia Elbana

(D) MRN: 110009941334

(E) Unknown

(F) No

(G) Kaiser Foundation Health Plan, Inc. (Medicare)

4.2

No

///

3

<u>6.1</u>

Yes

<u>6.2</u>

Injuries: Neck, back, left shoulder, left arm, left elbow, left forearm, left wrist, left hand, left hip, left upper leg, left knee, foot pain, and myofascial pain. I have pain in all these areas.

<u>6.3</u>

(A) Neck, back, left shoulder, left arm, left elbow, left forearm, left wrist, left hand, left hip, left upper leg, left knee, foot pain, and myofascial pain

(B) Slightly better

(C) Everyday

<u>6.4</u>

(A) Kaiser Permanente (The Rawlings Company)

710 Lawrence Expy, Santa Clara, CA 95051 -5173 (408)851-3800

(B) Treatment for injuries sustained from the accident

(C)  12/7/23 – 6/21/24. Discovery is continuing.

(D) $21,356.40 and Discovery is continuing.

(A) Dr. Enjy Ibrahim

Cairo, Egypt, Telephone: 01061147744

(B) Physical Therapy

(C) 6/20/24 - 9/29/24

(D) $7,284.00

(A) Tootoonchi Chiropractic Inc.

225 W. Hamilton Avenue, Campbell, CA 95008 (408)655-2523

(B) Chiropractic care

4

Plaintiff's Answers to Form Interrogatories – Plaintiff Samia Elbana

(C) 4/25/24 – 6/5/24

(D) $6,153.00

6.5

(A) - Lidocaine 20 patches

- Aspercreme/Lido 4% top patch

- Ibuprofen (Motrin) 600mg

(B) Doctors at Kaiser Permanente

(C) 12/2/2023

(D) Couple of days after the accident

(E) Unknown

6.6

No

6.7

(A) Kaiser Permanente medical provider

(B) Left shoulder and back pain.

(C) Physical therapy, cost unknown.

7.1

N/A

7.2

N/A

7.3

N/A

8.1

Yes

Plaintiff's Answers to Form Interrogatories – Plaintiff Samia Elbana

8.2

(A) Supply and Purchase manager

(B) Job Title: Supply and Purchase manager

(C) Date employment began: 2020

8.3

Last date of employment before accident: 12/1/2023

8.4

Monthly Income: About $99,996.00 per year divided by 12 months = $8,333.00 per month

8.5

I never returned to work.

8.6

12/2/23 until present.

8.7

$224,991.00 (As of February 28, 2026)

8.8

(A) I have not been able to go back to work due to my injuries.

(B) Unknown

(C) Unknown

(D) Unknown

9.1

N/A

9.2

N/A

///

6

Plaintiff's Answers to Form Interrogatories – Plaintiff Samia Elbana

10.1

No

10.2

None

10.3

No

11.1

No

11.2

No

12.1

Myself Plaintiff Samia Elbana

One of the Costco's Manager on the day of accident: Francisco (Do not know his last name)

One of the Costco's Supervisor: Jose Rodriguez

Another Costco employee cleaned my shoes and cleaned the oil from the floor. I do not know their name.

12.2

No

12.3

(A) Plaintiff Samia Elbana

(B) Costco Supervisor Jose Rodriguez

(C) 12/2/2023

(D) Costco Company

///

7

12.4

(A) About 4 photos

(B) Plaintiff's shoes

(C) 12/2/2023

(D) Costco Supervisor Jose Rodriuez

(E) Costo Wholesale Corporation

(A) 4 photos

(B) Plaintiff's shoes worn on the day of the accident

(C) 3/17/2026

(D) Plaintiff Samia Elbana

(E) Myself and my attorney

12.5

No

12.6

(A) Jose Rodriguez, Costco Supervisor, Incident Report

150 Lawrence Station Road, Sunnyvale, CA 94086

(B)  Incident report on the day of the accident

(C) Costco Wholesale Corporation

(D) Costco Wholesale Corporation, myself Plaintiff Samia Elbana and my attorney

12.7

No

13.1

No

///

8

Plaintiff's Answers to Form Interrogatories – Plaintiff Samia Elbana

13.2

No

14.1

No

14.2

No

Date: March 23, 2026

JESSIE SERNA, ESQ.
Attorney for Samia Elbana

Plaintiff's Answers to Form Interrogatories -- Plaintiff Samia Elbana

## PROOF OF SERVICE

I declare under penalty of perjury that the following facts are true and correct. I am a citizen of the United States, over the age of eighteen years, and not a party to or interested in the within entitled action. I am an employee of the Law Office of Jessie Serna, 1585 The Alameda, Suite 100, San Jose, California 95126-1775.

On March 23, 2026, I emailed the following:

### PLAINTIFF'S ANSWERS TO FORM INTERROGATORIES

**By Email:**

Email: mjaime@mathenysears.com, mnofziger@mathenysears.com, jrolandsson@mathenysears.com, Shammon@mathenysears.com
Matthew C. Jaime, Esq.
Matheny Sears Linkert & Jaime, LLP
3638 American River Drive.
Sacramento, CA 95864

I declare under penalty of perjury under the laws of the State of California that the above is both true and correct.

Dated: March 23, 2026

Jasmine Garcia
Jasmine Garcia

1 of 1

## *VERIFICATION*

(CCP 446, 2015.5)

I declare that:

I am the Plaintiff in the above entitled action and that I have the foregoing Plaintiff's Answers to Form Interrogatories know the contents thereof: the same is true of my own knowledge, except as to those matters which are therein stated upon information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on Mɑrch 23, 2026 at San Jose, California.

Samia Fl Bana
*(Type or print name)*

Samia
*(Signature)*

_____1 of 1_____

# EXHIBIT B

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com

Attorneys for Defendant COSTCO WHOLESALE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIA ELBANA,<br><br>    Plaintiff,<br>  v.<br><br>COSTCO WHOLESALE<br>CORPORATION and DOES 1 to 100,<br>inclusive,<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF MATTHEW C.<br>JAIME IN SUPPORT OF COSTCO<br>WHOLESALE CORPORATION'S<br>NOTICE OF REMOVAL**<br><br>Sanra Clara County Superior Court Case No.<br>25CV479577<br>**[DIVERSITY JURISDICTION]**<br><br>Complaint filed: 11/7/2025<br>Trial date: Unassigned |

I, Matthew C. Jaime, declare as follows:

  1.  I am an attorney at law, duly licensed to practice before all Courts of the State of California and am authorized to appear before the United States District Court, Northern District of California. I am a partner at the law firm of Matheny, Sears, Linkert, & Jaime LLP, attorneys of record for Defendant COSTCO WHOLESALE CORPORATION. This declaration is based upon my personal knowledge. If called as a witness, I could and would competently testify to the facts stated herein.

  2.  Attached hereto is true and correct copy of the Statement of Information from the California Secretary of State describing Costco Wholesale Corporation as a Washington corporation with its principal place of business in Issaquah, Washington. (See Exhibit 1.)

1

*DECLARATION OF MATTHEW C. JAIME IN SUPPORT OF COSTCO WHOLESALE CORPORATION'S
NOTICE OF REMOVAL*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2026, at Sacramento, California.

MATTHEW C. JAIME

2

# EXHIBIT 1



BA20251320305

B3789-3463 06/20/2025 8:37 AM Received by California Secretary of State



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20251320305 |
| Date Filed: 6/20/2025 |

### Entity Details

| | |
|---|---|
| Corporation Name | COSTCO WHOLESALE CORPORATION |
| Entity No. | 1587907 |
| Formed In | WASHINGTON |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | P.O. BOX 35005<br>SEATTLE, WA 98124 |
| Attention | LICENSING |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | 4649 MORENA BOULEVARD<br>SAN DIEGO, CA 92117 |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| GARY MILLERCHIP | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Chief Financial Officer |
| ROLAND VACHRIS | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Chief Executive Officer |
| JOHN C. SULLIVAN | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Secretary |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Zackary D. Smylie | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Treasurer | |
| Rainey Astin | 45940 HORSESHOE DRIVE # 150<br>STERLING, VA 20166 | Assistant Secretary | |
| Gary Swearingen | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Assistant Secretary | Asst. Secretary |
| Patrick Callans | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Vice President | EVP/Asst. Secretary |
| Roland Vachris | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | Other | President |

### Directors

| Director Name | Director Address |
|---|---|
| SUSAN DECKER | 450 MAIN STREET #28013<br>PARK CITY, UT 84060 |
| KENNETH DENMAN | 50 CHERRY HILLS FARM DRIVE<br>CHERRY HILLS VILLAGE, CO 80113 |

Page 1 of 2

| HELENA FOULKES | 20 COOKE STREET<br>PROVIDENCE, RI 02906 |
|---|---|
| HAMILTON JAMES | 499 PARK AVENUE<br>27TH FLOOR<br>NEW YORK, NY 10022 |
| SALLY JEWELL | 2201 SUNSET AVE SW<br>SEATTLE, WA 98116 |
| JEFFREY RAIKES | 2154 N. NORTHLAKE WAY<br>STE 220<br>SEATTLE, WA 98103 |
| JOHN STANTON | 155 108TH AVENUE NE<br>SUITE 400<br>BELLEVUE, WA 98004 |
| ROLAND VACHRIS | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 |
| MAGGIE WILDEROTTER | 177 PINE POINT DRIVE<br>GLENBROOK, NV 89413 |
| ☐ ROLAND VACHRIS | 999 LAKE DRIVE<br>ISSAQUAH, WA 98027 |

The number of vacancies on Board of Directors is: 1

**Agent for Service of Process**

| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |
|---|---|

**Type of Business**

| Type of Business | WHOLESALE/RETAIL MEMBERSHIP WAREHOUSE |
|---|---|

**Email Notifications**

| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |
|---|---|

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Gary Swearingen*

Signature

*06/20/2025*

Date

B3789-3464 06/20/2025 8:37 AM Received by California Secretary of State

# EXHIBIT C

Jessie Serna (SBN 90912)
1585 The Alameda, Suite 100
San Jose, CA 95126
Telephone (408) 294-9002
Facsimile (408) 294-5827

Attorney for Plaintiff
SAMIA ELBANA

E-FILED
11/7/2025 10:12 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
25CV479577
Reviewed By: M. Suarez

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| SAMIA ELBANA,<br><br>    PLAINTIFF,<br><br>vs<br><br>COSTCO WHOLESALE CORPORATION,<br>AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    DEFENDANTS. | CASE NO: 25CV479577<br><br>COMPLAINT FOR PERSONAL INJURY<br><br>UNLIMITED JURSIDICTION<br>Demand Exceeds $25,000.00 |

COMES NOW THE PLAINTIFF who alleges against the Defendants the following:

### NEGLIGENCE

1. The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 100, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed, believes and thereon alleges that each of the Defendants designated herein as a DOE are negligently responsible in some manner for the events and happenings herein referred to, and negligently caused injury and damages to the Plaintiff alleges herein.

2. Plaintiff alleges that the incident occurred in the city of Sunnyvale, County of Santa Clara.

1

3. Plaintiff is informed and believes and thereupon alleges that at all times herein stated Defendants Costco Wholesale Corporation and DOES 1 through 5 were located in the city of Sunnyvale.

4. At all times here mentioned, each of the Defendants were at all times agents and/or employees of each other Defendants Costco Wholesale Corporation and DOES 6 through 10, are companies responsible for supervising its employees and management and control of the premises at Costco Wholesale Corporation located at 150 Lawrence Station Road, Sunnyvale, CA 94086.

5. At all times here mentioned, each of the Defendants were at all times agents and/or employees of each other Defendants and were acting within purpose and scope of said agency and/or employment.

6. On December 2, 2023, Plaintiff Samia Elbana was shopping at the Costco Wholesale store in Sunnyvale. Plaintiff was walking in the spice aisle when she slipped and fell in the aisle due to food oil spilled on the floor of the aisle. Plaintiff sustained serious injuries to her person. Defendants carelessly and negligently owned, controlled, inspected and maintained the floor premises as to allow an oil spill on Costco's floors without any kind of warning to the Plaintiff and/or customers creating a dangerous condition to the Plaintiff.

7. The dangerous condition was known or in the exercise of ordinary and reasonable care would have been known, to Defendant in adequate time for a reasonable prudent person to warn of or make safe said condition.

8. As approximate result of the negligence of the Defendants, Plaintiff slipped and fell on the Defendant Costco Wholesale Corporation's floor premises sustaining severe injuries and damages as herein after alleged.

9. Plaintiff was hurt and injured in her health, strength and activity, sustaining serious injuries and person all of which have caused and continue to cause Plaintiff great mental,

2

physical and nervous pain and suffering. Plaintiff is informed and believes and thereon alleges, that said injuries will result in some permanent disability to Plaintiff, all to Plaintiff's general damages as prayed for herein.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. For general damages according to proof;

2. For damages where permitted by law;

3. For costs of suit incurred herein;

4. For such other and further relief as the Court may deem just and proper.

Date: November 7, 2025

JESSIE SERNA
Attorney for Plaintiff Samia Elbana

3

# EXHIBIT D

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com
Attorneys for Defendant, COSTCO WHOLESALE
CORPORATION

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| SAMIA ELBANA,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE<br>CORPORATION and DOES 1 to 100,<br>inclusive,<br><br>    Defendant. | Case No. 25CV479577<br><br>**SPECIAL INTERROGATORIES, SET ONE**<br><br><br><br>Complaint filed: 11/7/2025<br>Trial date: Unassigned |

**PROPOUNDING PARTY: COSTCO WHOLESALE CORPORATION**

**RESPONDING PARTY:    SAMIA ELBANA**

**SET NUMBER:**   **One (1)**

This set of special interrogatories is being propounded to Plaintiff, **SAMIA ELBANA,** pursuant to

Code of Civil Procedure sections 2030.010, et seq.

**SPECIAL INTERROGATORY NO. 1:**

  Please identify your health care insurer, along with your membership number, group

number, or identification number, or any other means of identifying you as a recipient of medical

benefit payments.

**SPECIAL INTERROGATORY NO. 2:**

  Please identify the name and address of any HMO, PPO or other health care insurer that has

1

*SPECIAL INTERROGATORIES, SET ONE*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

made medical benefit payments on your behalf since December 2, 2023.

**SPECIAL INTERROGATORY NO. 3:**

Please identify the amount of any medical treatment since December 2, 2023, for which you are personally responsible for payment.

**SPECIAL INTERROGATORY NO. 4:**

Please identify any lien claim(s) or demand(s) for reimbursement made by your HMO, PPO, other health care insurer, and/or Medi-Cal, Medicare, or Medicaid.

**SPECIAL INTERROGATORY NO. 5:**

Please identify the amounts paid, if any, by medical payment benefit policy since December 2, 2023.

**SPECIAL INTERROGATORY NO. 6:**

Please identify any out of pocket medical expenses incurred by you since December 2, 2023.

**SPECIAL INTERROGATORY NO. 7:**

Please identify the name, address, and telephone number of each med-legal finance company (including without limitation MedFin, Creative Legal Funding, Doctors Resource Group and/or Oasis Legal Finance) that purchased medical bills incurred by you since December 2, 2023.

**SPECIAL INTERROGATORY NO. 8:**

Please identify and describe the type of shoe you were wearing on December 2, 2023, when you slipped on Costco's premises, with information sufficient to allow Costco to purchase a pair of the shoes for coefficient of friction testing.

**SPECIAL INTERROGATORY NO. 9:**

Please identify and describe the substance and/or debris that caused you to fall on December 2, 2023, when you slipped on Costco's premises.

**SPECIAL INTERROGATORY NO. 10:**

Please identify the length of time the substance and/or debris that caused you to fall was on the floor on December 2, 2023, when you slipped on Costco's premises.

**SPECIAL INTERROGATORY NO. 11:**

Please describe how you slipped on December 2, 2023, when you fell on Costco's premises.

2

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**SPECIAL INTERROGATORY NO. 12:**

Please describe the lighting in the area in which you fell on December 2, 2023, when you fell on Costco's premises.

**SPECIAL INTERROGATORY NO. 13:**

Please identify any witnesses who saw you slip on December 2, 2023, when you fell on Costco's premises.

**SPECIAL INTERROGATORY NO. 14:**

Please identify and describe any photographs in your possession taken December 2, 2023, of the area of the Costco premises in which you slipped and fell.

**SPECIAL INTERROGATORY NO. 15:**

Please state all information on which you base your contention that Costco had notice, on December 2, 2023, of the condition on its premises that allegedly caused you to slip and fall.

**SPECIAL INTERROGATORY NO. 16:**

Do you contend your economic and noneconomic damages total in excess of $75,000?

**SPECIAL INTERROGATORY NO. 17:**

Please provide the name, address, and telephone of each and every physician, physician's assistant, nurse practitioner, or any other medical or healthcare provider that has been identified as your primary care physician since December 2, 2013.

Dated: 2/05/2026                    **MATHENY SEARS LINKERT & JAIME LLP**

By: _____
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

3

*SPECIAL INTERROGATORIES, SET ONE*

*SAMIA ELBANA VS. COSTCO WHOLESALE CORPORATION*
**CASE NO. 25CV479577**

## PROOF OF SERVICE

I am a citizen of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3638 American River Drive, Sacramento, CA 95864. On this date, I served:

### SPECIAL INTERROGATORIES, SET ONE

[] **BY MAIL.** By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at Sacramento, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[] **BY PERSONAL SERVICE.** I caused such document(s) to be personally hand delivered on this same date to the person(s) as set forth below.

[] **BY FACSIMILE TRANSMISSION.** I transmitted such document(s) by facsimile machine to the facsimile number for the person(s) as set forth below.

[] **BY OVERNIGHT COURIER.** By placing a true copy thereof enclosed in a sealed Federal Express envelope, with the correct fee to be paid, in the correct drop box at Sacramento, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing Federal Express for overnight delivery.

[✓] **BY ELECTRONIC MAIL:** by sending the attached document via electronic mail to the e-mail addresses set forth below:

| Jessie Serna, Esq. (SBN: 90912)<br>Law Offices of Jessie Serna<br>1585 The Alameda, Suite 100<br>San Jose, CA 95126<br>T: 408-294-9002<br>F: 405-294-5827<br>Email: jessie_serna_law@live.com | Attorney for Plaintiff |
|---|---|

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed this 5th day of February, 2026, at Sacramento, California.

*Edwina Fitzp* (signature)

Edwina Fitzpatrick

PROOF OF SERVICE

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864



Jessie Serna, SBN 90912
1585 The Alameda, Suite 100
San Jose, CA 95126
Telephone (408) 294-9002
Facsimile (408) 294-5827

Attorney for Plaintiff(s):
SAMIA ELBANA

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SANTA CLARA**

| | |
|---|---|
| SAMIA ELBANA, <br><br>        PLAINTIFF, <br> VS <br><br> COSTCO WHOLESALE CORPORATION, <br> AND DOES 1 THROUGH 100, INCLUSIVE. <br><br>        DEFENDANTS. | **CASE NO: 25CV479577** <br><br> **PLAINTIFF'S ANSWERS TO SPECIAL INTERROGATORIES** |

ASKING PARTY: COSTCO WHOLESALE CORPORATION

ANSWERING PARTY: PLAINTIFF SAMIA ELBANA

SET NO.: ONE

1.

Kaiser Foundation Health Plan, Inc (Medicare) I.D. No: 09941334 (HMO)

2.

Kaiser Foundation Health Plan, Inc (Medicare) I.D. No: 09941334 (HMO)

3.

(A) Kaiser Permanente (The Rawlings Company)

710 Lawrence Expy, Santa Clara, CA 95051 -5173 (408)851-3800

(B) Treatment for injuries sustained from the accident

(C) 12/7/23 – 6/21/24. Discovery is continuing.

1

(D) $21,356.40 and Discovery is continuing.

(A) Dr. Enjy Ibrahim

Cairo, Egypt, Telephone: 01061147744

(B) Physical Therapy

(C) 6/20/24 - 9/29/24

(D) $7,284.00

(A) Tootoonchi Chiropractic Inc.

225 W. Hamilton Avenue, Campbell, CA 95008 (408)655-2523

(B) Chiropractic care

(C) 4/25/24 – 6/5/24

(D) $6,153.00

4.

(A) Kaiser Permanente (The Rawlings Company)

710 Lawrence Expy, Santa Clara, CA 95051 -5173 (408)851-3800

(B) Treatment for injuries sustained from the accident

(C)  12/7/23 – 6/21/24. Discovery is continuing.

(D) $21,356.40 and Discovery is continuing.

(A) Dr. Enjy Ibrahim

Cairo, Egypt, Telephone: 01061147744

(B) Physical Therapy

(C) 6/20/24 - 9/29/24

(D) $7,284.00

(A) Tootoonchi Chiropractic Inc.

225 W. Hamilton Avenue, Campbell, CA 95008 (408)655-2523

(B) Chiropractic care

2

(C) 4/25/24 – 6/5/24

(D) $6,153.00

5.

Kaiser bills: $21,356.40 and Discovery is continuing.

6.

Kaiser co-pay of $195.00

7.

None

8.

I just recall that they were flat shoes.

9.

Food oil

10.

I do not know

11.

I was walking and all of a sudden, I slipped on food oil. My left foot gave away and I fell on my left side.

12.

Normal light, it was not dark.

13.

None

14.

None

15.

Defendant has a duty of care to provide a safe environment for shoppers like the Plaintiff.

3

Plaintiff's Answers to Special Interrogatories – Samia Elbana

Defendants carelessly and negligently owned, controlled, inspected and maintained the floor premises as to allow an oil spill on Costco's floors without any kind of warning to the Plaintiff and/or customers creating a dangerous condition to the Plaintiff. The dangerous condition was known or in the exercise of ordinary and reasonable care should have been known, to Defendant in adequate time for a reasonable prudent person to warn of or make safe said condition by putting up cones or signs indicating that the floor was wet and slippery. Defendant's breached the duty of care by not providing any type of warning that their floors were wet and slippery to the Plaintiff.

16.

Yes

17.

All doctors at Kaiser Permanente. I do not recall their individual names.

Due to Defendant's negligence, Plaintiff slipped and fell sustaining serious injuries to her person.

Date: March 23, 2026

JESSIE SERNA
Attorney for Plaintiff Samia Elbana

## ***VERIFICATION***

(CCP 446, 2015.5)

I declare that:

I am the <u>Plaintiff</u> in the above entitled action and that I have the foregoing <u>Plaintiff's</u> <u>Answers to Special Interrogatories, Set One</u> know the contents thereof: the same is true of my own knowledge, except as to those matters which are therein stated upon information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __March 23, 2026__ at San Jose, California.

___Samia El Bana___                    ___Samia___
*(Type or print name)*                        *(Signature)*

___1 of 1___

## PROOF OF SERVICE

I declare under penalty of perjury that the following facts are true and correct. I am a citizen of the United States, over the age of eighteen years, and not a party to or interested in the within entitled action. I am an employee of the Law Office of Jessie Serna, 1585 The Alameda, Suite 100, San Jose, California 95126-1775.

On March 23, 2026, I emailed the following:

### PLAINTIFF'S ANSWERS TO SPECIAL INTERROGATORIES

**_By Email:_**

Email: mjaime@mathenysears.com, mnofziger@mathenysears.com, jrolandsson@mathenysears.com, Shammon@mathenysears.com
Matthew C. Jaime, Esq.
Matheny Sears Linkert & Jaime, LLP
3638 American River Drive.
Sacramento, CA 95864


I declare under penalty of perjury under the laws of the State of California that the above is both true and correct.



Dated: March 23, 2026                                          _Jasmine Garcia_
                                                                              Jasmine Garcia

_____1 of 1_____

# EXHIBIT E

Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 3/9/2026 12:07 PM
Reviewed By: J. Angel
Case #25CV479577
Envelope: 22917312

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com
Attorneys for Defendant, COSTCO WHOLESALE
CORPORATION

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| SAMIA ELBANA,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION and DOES 1 to 100,<br>inclusive,<br><br>Defendant. | Case No. 25CV479577<br><br>**ANSWER TO COMPLAINT**<br><br><br><br>Complaint filed: 11/7/2025<br>Trial date: Unassigned |

Defendant COSTCO WHOLESALE CORPORATION [hereinafter "COSTCO"] hereby sets forth its Answer and Affirmative Defenses to Plaintiff, SAMIA ELBANA'S, Complaint for Damages and demands trial by jury.

I

COSTCO denies each and every, all and singular, generally and specifically, the allegations in said Complaint, and each and every part thereof; denies that plaintiff has been injured or damaged in any sum or manner whatsoever as a result of the action or inaction of COSTCO, and further denies that plaintiff is entitled to any further relief whatsoever from COSTCO.

II

**AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint, COSTCO alleges that plaintiff's Complaint fails to state facts sufficient to

1

*ANSWER TO COMPLAINT*

state a cause of action against COSTCO.

## III

**AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO is informed and believes and thereon alleges, that at the time and place of the events described in plaintiff's Complaint, plaintiff was himself, careless, negligent or otherwise legally at fault, and that said carelessness, negligence or other legal fault on the part of plaintiff proximately caused or contributed to, in whole or in part, the injuries, losses and damages complained of, if any there are, by reason of these premises, plaintiff's Complaint is barred, or his recovery is reduced in direct proportion to the amount of contributory or other legal fault.

## IV

**AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO is informed and believes and thereon alleges, that at the time and place of the events described in plaintiff's Complaint, persons and entities as yet unknown to COSTCO were careless, negligent or otherwise legally at fault, and that such conduct proximately caused or contributed to the losses and damages, complained of by plaintiff, if any there are, and that liability should be apportioned among COSTCO and said persons and entities based upon respective percentages of fault.

## V

**AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO alleges that in the event plaintiff recovers judgment against COSTCO, said judgment should be apportioned under equitable principles of comparative fault based upon percentages of liability attributable to each defendant or responsible person or entity.

## VI

**AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint, COSTCO alleges that as to each and every cause of action alleged in

2

ANSWER TO COMPLAINT

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

plaintiff's Complaint, the court lacks personal jurisdiction over COSTCO.

## VII

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, COSTCO alleges that as to each and every cause of action alleged in plaintiff's Complaint, the court lacks subject matter jurisdiction over COSTCO.

## VIII

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, COSTCO alleges that plaintiff lacks capacity to sue for the claims set forth therein.

## IX

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, and to each and every cause of action contained therein, COSTCO alleges that plaintiff, with the exercise of reasonable diligence and effort, would have and could have mitigated the damages alleged in said Complaint, if any there are, and that the resultant damages, if any, complained of in said Complaint were directly and proximately caused by the failure, neglect and refusal of plaintiff to exercise reasonable diligence in an effort to mitigate the damages alleged.

## X

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO is informed and believes and thereon alleges that the injuries of which plaintiff complains, are the proximate result of the acts, errors or omissions, negligence or other legal fault of parties, codefendants, persons, partnerships, corporations and entities, both named and unnamed. By virtue of the provisions of California Civil Code sections 1431 et seq. (Proposition 51, adopted June 3, 1986), COSTCO respectfully requests that damages, if any, be allocated and apportioned amongst all causative factors and that COSTCO be found legally responsible only for COSTCO's determined share of legal fault.

///

3

ANSWER TO COMPLAINT

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**XI**

AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint on file herein, COSTCO alleges that plaintiff's Complaint is barred by the applicable statute of limitations set forth in the California Code of Civil Procedure.

**XII**

AS A FURTHER, SEPARATE AND DISTINCT DEFENSE, it is hereby alleged that COSTCO did not have either actual or constructive notice, or had inadequate notice, of the alleged dangerous condition described in the Complaint or that said condition had existed for a sufficient time prior to the accident described in the Complaint for measures to have been reasonably taken to protect against, remedy, or warn of the alleged condition.

**XIII**

AS A FURTHER, SEPARATE AND DISTINCT DEFENSE, it is hereby alleged that at the time of the accident described in the Complaint, COSTCO did not have any care, custody, control, or supervision over the area where said accident allegedly occurred.

**XIV**

AS A FURTHER, SEPARATE AND DISTINCT DEFENSE, it is hereby alleged that the dangerous condition or defects allegedly existing on the premises described in the Complaint, if said condition or defects existed, which is expressly denied, then said condition or defects were or should have been open and obvious to plaintiff, and therefore no warning about said condition or defects was necessary or required.

**XV**

AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint on file herein, the COSTCO alleges that at the time and place referred to in plaintiff's Complaint, plaintiff voluntarily assumed the risk of injury and damage to himself and that any injury or damage suffered by said plaintiff at said time and place was voluntarily assumed by her.

///

///

4

ANSWER TO COMPLAINT

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**XVI**

**AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint on file herein, and to each and every purported cause of action contained therein, COSTCO alleges that the risk of injury created by the alleged condition of property was minor, trivial or insignificant in light of the surrounding circumstances and did not create a substantial risk of injury. Plaintiff is therefore barred entirely from recovery against COSTCO, or alternatively, plaintiff should have the recovery, if any, proportionally reduced.

**XVII**

**AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint on file herein, COSTCO alleges that COSTCO presently has insufficient knowledge and information upon which to form a belief as to whether COSTCO may have additional, as yet unstated, defenses. Accordingly, COSTCO reserves the right to assert additional defenses in the event discovery and investigation reveals a factual and legal basis for such affirmative defenses.

WHEREFORE, COSTCO prays:

1.    Plaintiff take nothing against it by her Complaint;

2.    Defendant has judgment for its costs of suit; and

3.    Such other and further relief as the court deems just and proper.

Dated: 2/05/2026

**MATHENY SEARS LINKERT & JAIME LLP**

By: _____
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

5

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

*SAMIA ELBANA VS. COSTCO WHOLESALE CORPORATION*
CASE NO. 25CV479577

### PROOF OF SERVICE

I am a citizen of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3638 American River Drive, Sacramento, CA 95864.  On this date, I served:

### ANSWER TO COMPLAINT

[]    **BY MAIL.**  By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at Sacramento, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[]    **BY PERSONAL SERVICE.**  I caused such document(s) to be personally hand delivered on this same date to the person(s) as set forth below.

[]    **BY FACSIMILE TRANSMISSION.**  I transmitted such document(s) by facsimile machine to the facsimile number for the person(s) as set forth below.

[]    **BY OVERNIGHT COURIER.**  By placing a true copy thereof enclosed in a sealed Federal Express envelope, with the correct fee to be paid, in the correct drop box at Sacramento, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing Federal Express for overnight delivery.

[✓]    **BY ELECTRONIC MAIL:** by sending the attached document via electronic mail to the e-mail addresses set forth below:

| | |
|---|---|
| Jessie Serna, Esq. (SBN: 90912)<br>Law Offices of Jessie Serna<br>1585 The Alameda, Suite 100<br>San Jose, CA 95126<br>T: 408-294-9002<br>F: 405-294-5827<br>Email: jessie_serna_law@live.com | Attorney for Plaintiff |

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed this 5th day of February, 2026, at Sacramento, California.

*Edwina Fitzpatrick*
_____
Edwina Fitzpatrick

1

*PROOF OF SERVICE*